UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 13-48193 |
|---|---|---|
| THOMAS EDWARD HENCIEK AND | ) | |
| ROCIO A. HENCIEK | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| Debtor(s) | ) | |

**ORDER ON DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

THIS CAUSE coming on to be heard on the Debtor's MOTION TO MODIFY CHAPTER 13 PLAN, the Court being fully advised in the premises:

IT IS SO ORDERED:

1. The Debtor's Chapter 13 Plan is modified to increase the payments to $1,700.00 a month starting in May 2015.

2. Any default is deferred to month 60 of the plan.

Enter:

*Jacqueline Cox*
United States Bankruptcy Judge

Dated: APR 27 2015

**Prepared by:**
Nathan C. Volheim, Esq.
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181

Rev: 20120501_bko